[No. 20526-2-II.   Division Two.   October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKEY F. TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 95-1-00084-1, Tom Reynolds, J., entered March 14, 1996. *Affirmed* by unpublished opinion per

Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.